256 So.2d 637

**STATE of Louisiana ex rel.
Robert Lee MAXIE**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52000.

Feb. 3, 1972.

In re: Robert Lee Maxie applying for writs of habeas corpus.

Writs refused. Considering the evidentiary hearing herein before the trial judge, we find no merit in the application.

Writ granted. Evidentiary hearing ordered, limited to whether plea of guilty was taken as required by Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274.

HAMLIN, J., concurs in the dissent of Summers, J.

SANDERS, J., dissents for reasons assigned by Summers, J.

SUMMERS, J., dissents from the granting of this writ. The minutes reflect that defendant was advised of his rights under Boykin and hence the plea was intelligent, and voluntary with understanding of its consequences.

256 So.2d 637

**STATE of Louisiana ex rel.
Joseph JACKSON**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52061.

Feb. 3, 1972.

In re: Joseph Jackson applying for writ of habeas corpus.